UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00108-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TRAVIS A. NIGHTINGALE,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Change of Plea hearing is set for **Tuesday, May 29, 2012 at 1:30 p.m.** in Courtroom A1002.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  May 4, 2012.